■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBBIE ACEVEDO, Appellant.—

Ordered that the judgments are affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, J. P., Bracken, Rubin, Kooper and Rosenblatt, JJ., concur.